FILED BY Omm D.C.

IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TENNESSEE
WESTERN DIVISION

05 NOV 30 AM 11:06

THOMAS M. GOULD
CLERK, U.S. DISTRICT COURT
W/D OF TN, MEMPHIS

UNITED STATES OF AMERICA

v.                                                CR. NO. 05-20311-D

JAMES BRIGANCE, SR.

---

### ORDER ON ARRAIGNMENT

---

This cause came to be heard on __11-30-05__ the United States Attorney for this district appeared on behalf of the government, and the defendant appeared in person and with counsel:

NAME __Kent Smith__   ADDRESS _____
_____ PHONE NO. _____ who is Retained/Appointed.

The defendant, through counsel, waived formal arraignment and entered a plea of not guilty.

All motions shall be filed within thirty (30) days from the date hereof unless, for good cause shown to a District Judge, such period is extended.

✓ The defendant, who is not in custody, may stand on his/her present bond.
___ The defendant, (not having made bond) (being a state prisoner) (being a federal prisoner) (being held without bond pursuant to BRA of 1984), is remanded to the custody of the U.S. Marshal.

S. Thomas Anderson
UNITED STATES MAGISTRATE JUDGE

CHARGES: 18:2314;

Attorney assigned to Case: J. Murphy

Age: 59

This document entered on the docket sheet in compliance with Rule 55 and/or 32(b) FRCrP on _____



UNITED STATES DISTRICT COURT - WESTERN DISTRICT OF TENNESSEE



# Notice of Distribution

This notice confirms a copy of the document docketed as number 7 in case 2:05-CR-20311 was distributed by fax, mail, or direct printing on December 1, 2005 to the parties listed.

---

Joseph C Murphy
U.S. ATTORNEY'S OFFICE
167 N. Main St.
Ste. 800
Memphis, TN 38103

Honorable Bernice Donald
US DISTRICT COURT